UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DERRICK L DEWITT EL and
MARQUIS J MCDOUGAL EL,

      Plaintiffs,

v.                                                  CASE NO.  3:20-cv-77-J-20JBT

THOMAS M BEVERLY, et al.,

      Defendants.
_____/

## O R D E R

**THIS CAUSE** is before this Court on the Magistrate Judge's Report and Recommendation (Dkt. 8). The Magistrate Judge recommended the construed Motion to Proceed *In Forma Pauperis* (Dkt. 2) be denied and the case be dismissed. No objections were filed to the Report and Recommendation. After an independent review of the record and upon consideration of the Report and Recommendation, this Court adopts the same in all respects.

Accordingly, it is **ORDERED**:

1. The Magistrate Judges Report and Recommendation (Dkt. 8) is adopted;

2. The construed Motion to Proceed *In Forma Pauperis* (Dkt. 2) is **DENIED** and this case is **DISMISSED WITHOUT PREJUDICE**; and

3. The Clerk is directed to terminate all pending motions and close this case.

**DONE AND ORDERED** at Jacksonville, Florida, this 17th day of April, 2020.

                                                          HARVEY E. SCHLESINGER
                                                          UNITED STATES DISTRICT JUDGE

Copies to:
Hon. Joel B. Toomey
Derrick L Dewitt El, *Pro Se*
Marquis J. Mcdougal El, *Pro Se*